William O'Brien (CA Bar No. 99526)
wobrien@onellp.com
Joanna Ardalan (CA Bar No. 285384)
jardalan@onellp.com
*pro hac vice pending*
ONE LLP
9301 Wilshire Blvd
Penthouse Suite
Beverly Hills, CA 90210
Telephone: (310) 437-8665
Facsimile: (310) 943-2085

David R. Koch (NV Bar No. 8830)
dkoch@kochscow.com
KOCH & SCOW LLC
11500 S. Eastern Ave., Suite 210
Henderson, Nevada 89052
Telephone: (702) 318-5040
Facsimile: (702) 318-5039

Attorneys for Plaintiff, Counterdefendant,
and Third-Party Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SETH MANHEIMER, individually, and derivatively on behalf of TruFusion Yoga, LLC,<br><br>Plaintiff,<br><br>v.<br><br>TRUFUSION YOGA, LLC, a Nevada Limited Liability Company, MICHAEL BORDEN; MARTIN HINTON; TRUFUSION LLC, a Nevada Limited Liability Company, TRUFUSION FRANCHISING LLC, a Nevada Limited Liability Company, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:16-cv-02186-JCM-NJK<br><br>~~[PROPOSED]~~ **ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COUNTERCLAIM AND THIRD-PARTY COMPLAINT** |

|  |  |
|---|---|
| TRUFUSION YOGA, LLC, a Nevada Limited Liability Company, TRUFUSION LLC, a Nevada Limited Liability Company, TRUFUSION FRANCHISING LLC, a Nevada Limited Liability Company, and DOES 1-10, inclusive,<br><br>        Counterclaimants,<br>  v.<br><br>SETH MANHEIMER,<br><br>        Counterdefendant. |  |
| TRUFUSION YOGA, LLC, a Nevada Limited Liability Company, and TRUFUSION FRANCHISING LLC, a Nevada Limited Liability Company,<br><br>        Third-Party Plaintiffs,<br>  v.<br><br>EDDIE GUERRA, RACHEL HALL, and SET AND FLOW YOGA LLC, a California Limited Liability Company, and ROES 1 – 25,<br><br>        Third-Party Defendants. |  |

The parties having stipulated to extend the time of Counter-Defendant, Seth Manheimer, and Third-Party Defendants, Eddie Guerra, Rachel Hall, and Set and Flow Yoga LLC, to respond to TruFusion Yoga LLC and TruFusion Franchising LLC's Counterclaim and Third-Party Complaint (Docket No. 19) (the "Counterclaim") by two weeks, and good cause appearing, IT IS HEREBY ORDERED that:

1. Eddie Guerra's response to the Counterclaim shall be due by December 5, 2016.

2. Rachel Hall's response to the Counterclaim shall be due by December 5, 2016.

3. Set and Flow Yoga LLC's response to the Counterclaim shall be due by December 2, 2016.

4. Seth Manheimer's response to the Counterclaim shall be due by December 5, 2016.

Dated: November 21, 2016

_____
United States Magistrate Judge

1