# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SETH MANHEIMER,<br>　　　　　　Plaintiff(s),<br>v.<br>TRANSFUSION YOGA, LLC,<br>　　　　　　Defendant(s). | Case No. 2:16-cv-02186-JCM-NJK<br>ORDER<br>(Docket No. 77) |

Pending before the Court is Defendant's motion to advance the settlement conference, Docket No. 77, which is hereby **GRANTED**. The settlement conference is advanced to **9:30 a.m. on December 6, 2017**. The settlement conference statements shall be submitted directly to the undersigned's box in the Clerk's Office not later than **3:00 p.m. on November 29, 2017.** All other requirements outlined in Docket No. 73 continue to govern.

IT IS SO ORDERED.

DATED: October 31, 2017

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge