Mark C. Fields, Esq.
Nevada Bar No. 008453
LAW OFFICES OF MARK C. FIELDS, APC
333 South Hope Street, 35th Floor
Los Angeles, California 90071
Telephone: (213) 617-5225
Fax: (213) 629-4520
fields@markfieldslaw.com
Attorney for Defendants/Counterclaimants

Jay A. Shafer, Esq.
PREMIER LEGAL GROUP
1333 North Buffalo Drive, Suite 210
Las Vegas, Nevada 89103
(702) 794-4411
jshafer@premierlegalgroup.com
Attorney for Defendant TRUFUSION YOGA

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SETH MANHEIMER, individually, and derivatively on behalf of TruFusion Yoga, LLC, <br><br> Plaintiff, <br><br> v. <br><br> TRUFUSION YOGA, LLC, etc., et al., <br><br> Defendants. | Case No. 2:16-cv-02186-JCM-NJK <br> *Assigned to Hon. James C. Mahan* <br><br> **STIPULATION TO CONTINUE JUNE 4, 2018 TRIAL AND MAY 31, 2018 CALENDAR CALL** <br> **[SECOND REQUEST]** |
| AND RELATED COUNTERCLAIM | |

Plaintiff and Counter-Defendant, Seth Manheimer ("Manheimer"), and Defendants and Counterclaimants, TruFusion Yoga LLC, TruFusion LLC, TruFusion Franchising LLC, Michael Borden, and Martin Hinton (collectively, the "Parties") hereby enter into the following stipulation based upon the following facts:

A. The Court had previously ordered the Parties to appear on February 21, 2018 for a calendar call and for a two-week jury trial to start on February 26, 2018.

B. The Parties have worked diligently throughout this case to proceed to trial without any delays and they expected to proceed with the scheduled calendar call and trial.  However, due to an emergency surgery required for Manheimer's lead counsel, the Parties submitted a stipulation to continue the February 26, 2018 trial and related calendar call.  The Court granted the stipulation, and rescheduled the trial to June 4, 2018 and the calendar call to May 31, 2018.

C. Unfortunately, Defendant Michael Borden has a calendar conflict with the rescheduled dates.  He has for months committed to both attending with his daughter <u>and also being a Tour Chaperone</u> on a Bishop Gorman High School ("BGHS") Tour from May 28, 2018 through June 7, 2018 of Italy and Switzerland.  (The information regarding that BGHS Tour is available at www.explorica.com/Lieb-1627.)

D. Counsel for the Parties have been diligently conferring to coordinate two-week blocks of time that are available for all counsel, all parties, all experts, and percipient witnesses they intend to call.  The following are two-week blocks of time that are available, and hopefully also available for the Court:  July 16 through 27, 2018 and/or August 13 through 24, 2018.  The Parties hereby

. . . .

. . . .

1
**STIPULATION TO CONTINUE TRIAL AND CALENDAR CALL**

stipulate to continue the trial to any of those dates, or, if neither block is convenient for the Court, any later dates that do not pose unavoidable conflicts.

Dated: March 8, 2018  Respectfully submitted,

**ONE LLP**

By: __/s/ Joanna Ardalan_____
Joanna Ardalan
*Attorneys for SETH MANHEIMER*

Dated: March 8, 2018  Respectfully submitted,

**LAW OFFICES OF MARK C. FIELDS APC**

By: ___/s/ Mark C. Fields_____
Mark C. Fields
*Attorneys for Michael Borden, Martin Hinton, TruFusion Yoga LLC, TruFusion LLC, and TruFusion Franchising LLC*

Mark C. Fields, Esq.
Nevada Bar No. 008453
LAW OFFICES OF MARK C. FIELDS, APC
333 South Hope Street, 35th Floor
Los Angeles, California 90071
Telephone: (213) 617-5225
Fax: (213) 629-4520
fields@markfieldslaw.com
Attorney for Defendants/Counterclaimants

Jay A. Shafer, Esq.
PREMIER LEGAL GROUP
1333 North Buffalo Drive, Suite 210
Las Vegas, Nevada 89103
(702) 794-4411
jshafer@premierlegalgroup.com
Attorney for Defendant TRUFUSION YOGA

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SETH MANHEIMER, individually, and derivatively on behalf of TruFusion Yoga, LLC,<br><br>Plaintiff,<br><br>v.<br><br>TRUFUSION YOGA, LLC, etc., et al.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. 2:16-cv-02186-JCM-NJK<br>*Assigned to Hon. James C. Mahan*<br><br>**ORDER GRANTING STIPULATION TO CONTINUE JUNE 4, 2018 TRIAL AND MAY 31, 2018 CALENDAR CALL**<br>**[SECOND REQUEST]** |

The Parties having met and conferred and having entered into the Stipulation to: (a) Continue June 4, 2018 Trial; and, (B) Continue May 31st, 2018 Calendar Call, and for good cause appearing

The Court hereby continues the Trial Date from the June 4th, 2018 trial stack before this Court. The Trial Date shall be continued to **August 13, 2018 at 9:00 a.m.**

The Court further continues the May 31, 2018 Calendar Call hearing. The Calendar Call is continued until **August 8, 2018 at 1:30 p.m.**

DATED: March 15, 2018.

_____
Hon. James C. Mahan