William O'Brien (CA Bar No. 99526)
<wobrien@onellp.com>
Joanna Ardalan (CA Bar No. 285384)
<jardalan@onellp.com>
*Admitted pro hac vice*
ONE LLP
9301 Wilshire Blvd
Penthouse Suite
Beverly Hills, CA 90210
Telephone: (310) 437-8665
Facsimile: (310) 943-2085

David R. Koch (NV Bar No. 8830)
<dkoch@kochscow.com>
KOCH & SCOW LLC
11500 S. Eastern Ave., Suite 210
Henderson, Nevada 89052
Telephone: (702) 318-5040
Facsimile: (702) 318-5039

*Attorneys for Plaintiff,*
*SETH MANHEIMER*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SETH MANHEIMER, individually, and derivatively on behalf of TruFusion Yoga, LLC,<br><br>Plaintiff,<br><br>v.<br><br>TRUFUSION YOGA, LLC, etc., et al.,<br><br>Defendants. | Case No. 2:16-cv-02186-JCM-NJK<br><br>**STIPULATION FOR LIMITED DISCOVERY RELATED TO RECENT DEVELOPMENTS**<br><br>**(First Request)** |

| | |
|---|---|
| 1 | The Plaintiff, Seth Manheimer, and the Defendants, TruFusion Yoga LLC, |
| 2 | TruFusion LLC, and TruFusion Franchising LLC (collectively, "TruFusion"), Michael |
| 3 | Borden, Martin Hinton, stipulate and agree as follows: |
| 4 | 1. Since the close of discovery in this case, multiple events have occurred that |
| 5 | are potentially relevant to issues in this case. As supplemental discovery responses, |
| 6 | Defendants have provided Plaintiff with numerous documents containing information |
| 7 | potentially relevant to this case. Most recently, Plaintiff received numerous additional |
| 8 | documents on August 2, 2018. |
| 9 | 2. Manheimer has requested additional discovery related to certain events that |
| 10 | have occurred since the close of discovery and related to certain documents that have been |
| 11 | produced since the close of discovery. Counsel for the parties have met and conferred |
| 12 | about this request. |
| 13 | 3. In response to the conference between counsel, the Defendants provided |
| 14 | Manheimer, on August 23, 2018, with access to additional documents, which Manheimer's |
| 15 | counsel are in the process of reviewing. |
| 16 | 4. In addition, the parties have agreed that discovery be reopened for the limited |
| 17 | purpose of permitting Manheimer to conduct any or all of the following depositions: |
| 18 | (a) A deposition of TruFusion under Federal Rule of Civil Procedure 30(b)(6) not |
| 19 | to exceed five hours, on subjects related to events that have occurred since the close of |
| 20 | discovery and related to documents that have been produced since the close of discovery. |
| 21 | The parties have agreed that this will be conducted on August 29, 2018, beginning at noon, |
| 22 | at the offices of Koch & Scow in Las Vegas. |
| 23 | (b) Depositions (with associated document production) of potential investors in |
| 24 | TruFusion named TSG 7 B L.P. and Castanea Partners, Inc. (or, alternatively, |
| 25 | knowledgeable persons associated with them) on dates mutually agreeable to counsel for |
| 26 | the parties. |
| 27 | 5. This is the first request to reopen discovery in this case. Manheimer reserves |
| 28 | rights to request further documents or information. Manheimer's counsel will consult with |

Defendants' counsel if Manheimer's counsel considers the information obtained via the recently provided documents and the proposed depositions to be inadequate.

Dated: August 24, 2018

Respectfully submitted,

**ONE LLP**

By:/s/William J. O'Brien
William J. O'Brien
*Attorneys for Plaintiff, Seth Manheimer*

Dated: August 24, 2018

**LAW OFFICES OF MARK C. FIELDS APC**

By:/s/Mark C. Fields
Mark C. Fields
*Attorneys for Defendants, Michael Borden, Martin Hinton, TruFusion LLC, and TruFusion Franchising LLC*

IT IS SO ORDERED.

Dated: 8/28/2018

UNITED STATES DISTRICT JUDGE