Mark C. Fields, Esq.
Nevada Bar No. 008453
LAW OFFICES OF MARK C. FIELDS, APC
333 South Hope Street, 35th Floor
Los Angeles, California 90071
Telephone: (213) 617-5225
Fax: (213) 629-4520
fields@markfieldslaw.com
Attorney for Defendants
MICHAEL BORDEN; MARTIN HINTON;
TRUFUSION LLC; AND, TRUFUSION
FRANCHISING LLC

Jay A. Shafer, Esq.
Nevada Bar No. 9184
PREMIER LEGAL GROUP
1333 North Buffalo Drive, Suite 210
Las Vegas, Nevada 89128
Telephone: (702) 794-4411
Fax: (702) 794-4421
jshafer@premierlegalgroup.com
Attorney for Defendant TRUFUSION YOGA, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SETH MANHEIMER, an individually, and derivatively on behalf of TRUFUSION YOGA, LLC<br><br>Plaintiff,<br><br>v.<br><br>TRUFUSION YOGA, LLC, a Nevada Limited Liability Company, MICHAEL BORDEN; MARTIN HINTON; TRUFUSION LLC, a Nevada Limited Liability Company, TRUFUSION FRANCHISING LLC, a Nevada Limited Liability Company, and DOES 1-10, inclusive<br><br>Defendants. | Case No.: 2:16-cv-02186-JCM-NJK<br><br>Assigned to The Hon. Kent J. Dawson<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR JUDGMENT** |

Plaintiff Seth Manheimer and Defendants TruFusion Yoga, LLC, TruFusion, LLC, TruFusion Franchising LLC, Michael Borden, and Martin Hinton hereby enter into the following Stipulation based on the following facts:

1

## RECITALS

A. Defendants filed on March 8, 2019 Defendants' Motion For Entry Of Judgment On Jury Verdict And For Judgment As A Matter Of Law (the "Motion").

B. Plaintiff filed on March 22, 2019 a Response to the Motion.

C. Defendants' Reply to Plaintiff's Response to the Motion is due on March 29.

D. Due to the press of other business and personal matters, counsel for the Defendants has requested an extension a one week extension to Reply to the Response, and the Plaintiff's counsel has agreed to that request.

NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

1. The deadline for Defendant's Reply to Plaintiff's Response to Defendants' Motion shall be extended from March 29, 2019 to April 5, 2019.

Respectfully submitted,

Dated: April 1, 2019

**ONE LLP**

By:/s/ Joanna Ardalan
    Joanna Ardalan
    Attorneys for Plaintiff, Seth Manheimer

Dated: April 1, 2019

**LAW OFFICES OF MARK C. FIELDS APC**

By:/s/ Mark C. Fields
    Mark C. Fields
    Attorneys for Defendants

## **ORDER**

IT IS SO ORDERED.

DATED: April 10, 2019

_James C. Mahan_
UNITED STATES DISTRICT JUDGE

2