1
2
3
4
5

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
*****

| | |
|---|---|
| SETH MANHEIMER, an individually, and derivatively on behalf of TRUFUSION YOGA, LLC<br><br>            Plaintiff,<br><br>    v.<br><br>TRUFUSION YOGA, LLC, a Nevada Limited Liability Company, MICHAEL BORDEN; MARTIN HINTON; TRUFUSION LLC, a Nevada Limited Liability Company, TRUFUSION FRANCHISING LLC, a Nevada Limited Liability Company, and DOES 1-10, inclusive<br><br>            Defendants.<br>_____<br>TRUFUSION YOGA, LLC, a Nevada Limited Liability Company, TRUFUSION LLC, a Nevada Limited Liability Company, TRUFUSION FRANCHISING LLC, a Nevada Limited Liability Company, and ROES 1-10, inclusive,<br><br>            Counterclaimants,<br><br>    v.<br><br>SETH MANHEIMER,<br><br>            Counterdefendant. | Case No. 2:16-cv-02186-JCM-NJK<br><br>**JUDGMENT** |

Following proceedings including a jury trial and pre- and post-trial motions, as well as agreed dismissals at the commencement of trial, and in accordance with the jury's verdict, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment be entered as follows:

1. Judgment shall be entered in favor of Plaintiff, Seth Manheimer, and against Defendant TruFusion Yoga, LLC, for monies owed in the amount of $55,000.00, plus $37,998.78 in prejudgment interest.

2. Manheimer's ownership interest in Defendants and Counterclaimants TruFusion Yoga, LLC, TruFusion Franchising LLC, and TruFusion LLC as of September 28, 2018, is determined to be a .8 percent ownership interest in TruFusion LLC, which itself owns 100% of TruFusion Yoga, LLC and TruFusion Franchising LLC.

3. Manheimer shall take nothing by his other claims in this case.

4. Counterclaimants, TruFusion Yoga, LLC; TruFusion Franchising LLC; and TruFusion LLC, shall take nothing by their counterclaims.

DATED May 24, 2019.

_____
THE HONORABLE JAMES C. MAHAN
DISTRICT COURT JUDGE